AO 470 (01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

USA §
§ Case Number: AU:21-CR-00048(10)-LY
vs. §
§
(10) Stephen Penberg §
*Defendant*

## ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing and a [n/a] preliminary hearing in this case is/are scheduled as follows:

| Place: 501 West Fifth Street, Austin, Texas, 78701 | **Courtroom No.: 8, 7 Floor** |
|---|---|
| Presiding Judge: Magistrate Judge **Mark Lane** | Date and Time: **June 02, 2021**, at **3:30 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

28th day of May, 2021
*Date*

MARK LANE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: AU:21-CR-00048(10)-LY |
| | § | |
| (10) Stephen Penberg<br>*Defendant* | § | |

**DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING**

Defendant, (10) Stephen Penberg, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

______________________________
*Defendant*

______________________________
*Date*

______________________________
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of __________, 20 ____ .

______________________________
*Attorney for Defendant*